UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**JESSICA PUTNAM,**

           **PLAINTIFF**

v.        CIVIL ACTION NO. 5:25-CV-000052-LLK *(E-FILED)*

**FRANK BISIGNANO, COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**

           **DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

November 17, 2025

**Lanny King, Magistrate Judge**
**United States District Court**

TENDERED BY:

Lisa G. Smoller
Special Assistant U. S. Attorney
Program Litigation 4
Social Security Administration
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Phone: 617-565-4279
Email: lisa.g.smoller@ssa.gov

Case 5:25-cv-00052-LLK    Document 23    Filed 11/17/25    Page 2 of 2 PageID #: 1134